My name is Korinthia Miller. I've been observing the trial since last Friday. I'm also an Atty in the state of Texas.

I'm not sure what the rules are for Atty's in this particular court, but in Texas we are not allowed to take pictures or video record in the courtroom.

This morning, the female sitting at the gov't's table either recorded or took a picture of me speaking to another person observing this trial. This was before the start of testimony today while we were sitting in here waiting for the juror to arrive. (courtroom) I saw the thumbnail pic on her phone as she attached it to an email.

While I understand this is trivial in comparison to this trial or any other matters in this courtroom, I am concerned.

p.s. I'm not a witness in this case.

I do not want anyone that comes to observe the trial or to support the defense to possibly be intimidated or scared. I just want to bring this to the court's attention.

Sorry for the poorly written note. I'm writing on the bench.
Thank you — Korinthia